1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14
15   VICTOR LOPEZ,                    ) CV 09-4526-JSL (SH)
                                      )
16                    Petitioner,     ) ORDER ADOPTING THE
                                      ) REPORT AND RECOMMENDATION
17          v.                        ) OF UNITED STATES MAGISTRATE
                                      ) JUDGE
18   DOMINGO URIBE, JR.               )
                                      )
19                    Respondent.     )
20   _____)

21          Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the

22   Petition, all of the records and files herein and the attached Report and

23   Recommendation of the United States Magistrate Judge, and has made a de novo

24   determination of the Report and Recommendation.  The Court concurs with and

25   adopts the conclusions of the Magistrate Judge.

26          IT IS ORDERED that the Petition filed herein is dismissed with  prejudice.

27
28

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   March 15 ,2010

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

2