UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VICTOR LOPEZ, | ) CV 09-4526-JSL (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DOMINGO URIBE, JR., | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 15, 2010

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

1